# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Natalia Tereshchenko et al,

                **Plaintiff,**

V.

Alejandro Mayorkas in his official capacity as Secretary of the U.S. Department of Homeland Security et al, **Defendant.**

Case No. 24-cv-2142-BTM-JLB

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:  "Low-Numbered Case No.:  24-cv-1608-AGS-SBC
Title:  Sharikov et al v. Mayorkas et al
Nature of Case:  465 Other Immigration Actions

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| [x] | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| [ ] | (2) | involve the same or substantially the same parties or property; or |
| [ ] | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| [ ] | (4) | call for determination of the same or substantially identical questions of law; or |
| [ ] | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| [ ] | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

New Case #:  24-cv-2142-AGS-SBC

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:  11/18/24          By:  s/ D. Martinez

                                                D. Martinez, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  11/19/2024

Andrew G. Schopler
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Andrew G. Schopler and Magistrate Judge Steve B. Chu for all further proceedings.

Dated:  11/19/2024

Judge Barry Ted Moskowitz
United States District Judge