

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Natalia Tereshchenko; see attachment | Civil Action No.  24cv2142-AGS-SBC |
| **Plaintiff,** | |
| V. | |
| U.S. Immigration and Customs Enforcement; see attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On February 14, 2025, the Court held a motion hearing. For the reasons set out on the record, defendants motion to dismiss (ECF 23 ) is granted in part, and this case is dismissed for lack of jurisdiction. The case is hereby closed.

Date:  2/14/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Fujita

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

Civil Action No.  25cv0179-AGS-VET

Plaintiffs Cont.:

Natalia Tereshchenko; Akram Izomov; Anatolii Sukhomlinov; Iuliia Tsoi; Rano Zhalilova; Mikhail Lebedev; Annna Babich; Zinatullin Timur; Ilia Kornilev; Nikolai Panov; Arkadii Avagimov; Liudmila Kaleva; Solovev Ivan; Khoroshenkov Anton; Dmitrii Egorov; Elvira Farkova; Polina Guseva; Konstantin Lesnichev; Spartak Arzumanian; Irina Bodleva; Dmitrii Olegovich Vlasov; Natalia Arefeva; Daniil Evstafev; Igor Ivakin; Hovhannes Gasparyan; Aleksandra Tverskaia; Dinara Emelianova; Mariia Igna Tova; Arsenii Maloletkov; Iuliia Korostelkina; Galina Smirenskaia; Pavel Stoliarov; Vladimir Chernev; Gaik Oganisian; Artur Minullin; Olesia Minullina; Dmitri Zaporozhtsev; Kirill Gorbachev; Ivan Volobuev; Eva Noskova; Olga Noskova; Oksana Teplykh; Dmitrii Sorokin; Garik Simonyan; Evgenii Chebuniaev; Fatima Khamidova; Sandro Arakelovi-Khuchishvili; Maksim Slesarev; Aleksandr Andreev; Iana Ianitskaia; Elina Bugdaeva; Vladimir Morozov; Andrei Frolov; Viktoriia Karmanova; Andrei Andriichuk; Iana Kim; Irina Ianova; Oleg Veliaev; Adylbek Musabaev; Natalia Rudakova; Aleksei Ishimov; Iuliia Ikonnikova; Artem Konev; Ruslan Mishchaniuk; Marina Gopak; Maksim Gopak; Natalia Piankova; Mark Beliaev; Aleksei Kovalko; Vasilisa Kovalko; Boris Zatolokin; Marina Abdiusheva; Denis Andreev; Sergei Mikhalskii; Roman Volchkov; Mariia Volchkova; Ayana Khairollina; Anton Iakushev; Ekaterina Bitiukova; Oleg Sadovnikov; Olga Zubkova; Anastasiia Serzhantova; Arzhina Khandazhapova; Kseniia Maksimovna Ilina; Sopio Cheishvili; Artur Gerasimov; Kseniia Gerasimova; David Viktor Ratkin; Aleksandr Bakin; Rustam Akhmadi; Aniuta Muradian; Hakop Baboyan; Anton Darovskikh; Artem Kupriianov; Anastasiia Malozemova; Petroslav Gorokhov; Mariia Dolbina; Abdirakhim Shamirov; Kholidakhon Shamirova; Angelina Minnigulova; Ramil Askarov; Aleksandr Koskov; Musheg Ogannisian; Roman Lukyanchikov; Ruzikul Gayratovich Ruzikulov; Anna Babchenko; Andrei Lundovskii; Ilona Dvinskikh; Luzia Yermoshkina; Artem Semenov; Polina Ogurtsova; Tamar Mosidze; Kirill Plotnikov; Uliana Kuleshova; Olga Magdeeva; Egor Tarasov; Pavel Korobkin; Elizaveta Korobkina; Ivan Korobkin; Igor Pavlov; Egor Ivanovich Donichev; Daria Donicheva; Sofia Pavlova; Roman Musatov; Vitalii Nazimov; Kirill Baishurin; Arkadii Vyryshev; Eduard Bocharov; Anton Baklanov; Maksim Diukin; Aleksandra Zosko; Bogdan Zosko; Natalia Usova; Igor Usov; Roman Nikitenko; Armen Arsenyan; Farrukhjon Ibragimov; Kristina Erokhova; Nikita Kalinin; Marina Chikhradze; Iusup Khamkhoev; Ivan Gonchar; Tseren Khantaev; Kosorukov Petr; Vladimir Legkii; Maksim Isakov; Azamat Alikov; Nadezhda Ishimova; Shadiev Zafar Zaylobidinovich; Eremenko Igor; Khayrullo Kholiralievich Alimatov; Alina Abdullina; Nargiza Ibraeva; Abduvahid Mannopov

Defendants Cont.:

U.S. Immigration and Customs Enforcement; Benjamine Huffman, Acting Secretary of United States Department of Homeland Security; Donald Trump, President of the United States of America  Caleb Vitello, Acting Director of U.S. Immigration and Customs Enforcement; Rodney Scott, Acting Commissioner of U.S. Customs and Border Protection